No. 90–5226. THOMAS v. NEBRASKA. Sup. Ct. Neb. Certiorari denied.

No. 90–5227. ROLLE v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 90–5228. DUNCAN v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 90–5229. SCHROEDER v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 90–5230. CHRISTY v. ALEXANDER ET AL. Ct. App. La., 1st Cir. Certiorari denied.

No. 90–5231. STEPHENS v. HEAD ET AL. C. A. 5th Cir. Certiorari denied.

No. 90–5232. SANTIAGO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 90–5233. BENEDICT v. HENDERSON, WARDEN, ET AL. C. A. 2d Cir. Certiorari denied.

No. 90–5235. MEADOR, ON BEHALF OF HIS DAUGHTERS, MEADOR ET AL. v. CABINET FOR HUMAN RESOURCES OF KENTUCKY ET AL. C. A. 6th Cir. Certiorari denied.

No. 90–5237. ANDERSON v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 90–5238. SETLIFF v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 90–5239. TOLIVER v. JACKSON ET AL. C. A. 4th Cir. Certiorari denied.

No. 90–5240. TURNER v. FALK, DIRECTOR, HAWAII DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 90–5241. KIRK v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 90–5242. LAROQUE v. QANTAS AIRWAYS, LTD. C. A. 9th Cir. Certiorari denied.